IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTERS OF LIFE,<br><br>*Plaintiff*,<br><br>v.<br><br>MARY T. BASSETT, Commissioner of the New York State Department of Health, in her official capacity,<br><br>*Defendant*. | Case No.  1:22-cv-07529-LDS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark L. Rienzi, move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel in the above-captioned action for the Plaintiff, Sisters of Life.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:	September 14, 2022	Respectfully submitted,

/s/ Mark L. Rienzi
Mark L. Rienzi
  D.C. Bar No. 494336
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, DC 20006
(202) 955-0095

### CERTIFICATE OF CONFERENCE

Pursuant to Rule III.C.1 of this Court's Individual Rules and Procedures for Civil Cases, I hereby certify that co-counsel Rebekah P. Ricketts of the Becket Fund for Religious Liberty attempted to confer with Defendant and Kathy Marks, General Counsel for the New York State Department of Health, via email sent on September 13, 2022, at 7:52 AM. She has not received a response.

/s/ Mark L. Rienzi
Mark L. Rienzi

### CERTIFICATE OF SERVICE

I certify that, pursuant to Rule 9.2 of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, I have served a paper copy of this motion and all accompanying documents on Defendant via standard overnight delivery.

/s/ Mark L. Rienzi
Mark L. Rienzi