

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6019
James.Mirro@ag.ny.gov

October 5, 2022

**_By ECF_**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re:  ***Sisters of Life v. Mary T. Bassett, Commissioner of the***
> ***New York State Department of Health, in her Official Capacity***
> ***USDC SDNY Civil Action No. 1:22-cv-07529 (LGS)***

Dear Judge Schofield:

Plaintiffs filed their motion for a preliminary injunction in this action on September 16, 2022.  The Court ordered defendant to file its opposition by October 7, 2022 and plaintiffs to file their reply by October 19, 2022.  In the past week, the parties have had several lengthy and productive conversations about the litigation.  With plaintiffs' consent, defendant now requests from the Court a one-week adjournment of the defendant's deadline to file its opposition and of plaintiffs' deadline to file their reply, which would make the new opposition date October 14, 2022 and the new reply date October 26, 2022.  If this adjustment of the schedule meets with the Court's approval, defendant respectfully requests that the Court "so order" it.

Defendant thanks the Court for its assistance in this matter.

Respectfully submitted,

/s/

James Mirro
Assistant Attorney General

cc: All Counsel (by ECF)