UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SISTERS OF LIFE,                                                     :
                                                                     :  No. 22-cv-7529 (JHR)
                      Plaintiff,                                    :
                                                                     :
     -against-                                                  :  ECF Case
                                                                     :
MARY T. BASSETT, in her official capacity                            :
as the Commissioner of the New York State                            :  **NOTICE OF APPEARANCE**
Department of Health[1],                                             :  **AND SUBSTIUTION OF**
                                                                     :  **COUNSEL**
                      Defendant.                                    :
-------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Linda Fang, Special Litigation Counsel in the Office of the New York State Attorney General hereby appears and is substituted as counsel of record for defendant James V. McDonald, Acting Commissioner of the New York State Department of Health in the above-captioned action in place of Assistant Attorney General James Mirro. Linda Fang hereby certifies that she is admitted to practice in this Court, and that pursuant to Local Civil Rule 1.4, defendant is aware of the substitution.

Dated: New York, New York                  LETITIA JAMES
       March 24, 2023                       Attorney General
                                               State of New York
                                               *Attorney for Defendant*
                                               By:
                                                 /s/ Linda Fang
                                               Linda Fang
                                             Special Litigation Counsel
                                             28 Liberty Street
                                             New York, New York 10005
                                             (212) 416-8580
                                             Linda.Fang@ag.ny.gov

---

[1] James V. McDonald was appointed Acting Commissioner of the New York State Department of Health on January 1, 2023 following former Commissioner Bassett's resignation, and is thus automatically substituted as defendant herein pursuant to Fed. R. Civ. P. 25(d).

**SO ORDERED**, this ____ day of _____, 2023.

_____
Honorable Jennifer H. Rearden, U.S. District Judge