UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SISTERS OF LIFE,                                                   :
                                                                   :  No. 22-cv-7529 (JHR)
                  Plaintiff,                                   :
                                                                   :
     -against-                                                   :  ECF Case
                                                                   :
MARY T. BASSETT, in her official capacity                          :
as the Commissioner of the New York State                          :  **NOTICE OF APPEARANCE**
Department of Health[1],                                           :
                                                                   :
                  Defendant.                                   :
------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that Linda Fang, Special Litigation Counsel in the Office of the New York State Attorney General hereby appears as counsel of record for defendant James V. McDonald, Acting Commissioner of the New York State Department of Health in the above-captioned action. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: New York, New York<br>       March 24, 2023 | LETITIA JAMES<br>Attorney General<br>State of New York<br>*Attorney for Defendant*<br>By:<br>   /s/ Linda Fang<br>Linda Fang<br>Special Litigation Counsel<br>28 Liberty Street<br>New York, New York 10005<br>(212) 416-8580<br>Linda.Fang@ag.ny.gov |

---

[1] James V. McDonald was appointed Acting Commissioner of the New York State Department of Health on January 1, 2023 following former Commissioner Bassett's resignation, and is thus automatically substituted as defendant herein pursuant to Fed. R. Civ. P. 25(d).