IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTERS OF LIFE,<br><br>    *Plaintiff,*<br><br>v.<br><br>JAMES V. MCDONALD, Commissioner of the New York State Department of Health, in his official capacity,<br><br>    *Defendant.* | Case No. 1:22-cv-07529<br><br>MOTION TO WITHDRAW AS COUNSEL |

Pursuant to Local Civil Rule 1.4, I, Daniel M. Vitagliano, respectfully move to withdraw as counsel for Plaintiff, Sisters of Life. Effective August 25, 2023, I will no longer work at The Becket Fund for Religious Liberty. I am not asserting a retaining or charging lien. Angela Wu Howard, Mark L. Rienzi, Rebekah P. Ricketts, and Daniel L. Chen of The Becket Fund will continue to represent Plaintiff in this matter. and no party will be prejudiced if this motion is granted.

DATED: August 24, 2023.

Application (ECF No. 37) GRANTED.
SO ORDERED.

*/s/ Jennifer H. Rearden*
August 25, 2023

/s/ Daniel M. Vitagliano*
Daniel M. Vitagliano
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
dvitagliano@becketlaw.org
* Admitted only in N.Y. Supervised by a member of the D.C. bar.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 24, 2023, I electronically filed a true copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

                                            /s/ Daniel M. Vitagliano  
                                            Daniel M. Vitagliano