```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SISTERS OF LIFE,

                Plaintiff,

       -v.-

MARY T. BASSETT, Commissioner of the New York State Department of Health, in her official capacity,

                Defendant.

22 Civ. 7529 (JHR)

SCHEDULING ORDER

---

JENNIFER H. REARDEN, District Judge:

On **September 11, 2023**, at **3:30 p.m.,** the parties shall appear for a teleconference. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 321 771 047#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                        *Jennifer H. Rearden*
                                        JENNIFER H. REARDEN
                                        United States District Judge