STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 13, 2023

**VIA ECF**
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Sisters of Life v. McDonald*, No. 22-cv-7529 (JHR)

Your Honor,

I am counsel for defendant James V. McDonald, Commissioner of the New York State Department of Health ("DOH") in the above-referenced action. Based on the parties' September 15, 2023 report to the Court that they had reached an agreement in principle to resolve this action, and upon the parties' joint request for 30 days to memorialize that agreement, the Court ordered the parties to file "a stipulation of dismissal or other appropriate proof of termination" by October 16, 2023. (ECF Doc. No. 46.)

I write now to request a 14-day extension of the deadline to submit a stipulation of settlement and proposed order of dismissal to the Court through October 30, 2023. The parties have exchanged drafts of the proposed stipulation to resolve this action, and require additional time to continue this process and thereafter, to obtain the necessary approvals to effectuate any agreed-upon stipulation prior to submission to the Court.

Plaintiff consents to the requested extension in a good-faith effort to reach final resolution in that time frame. If the parties are unable to reach a final agreement during the requested 14-day extension, Plaintiff believes the litigation should resume and the case should move forward to resolution.

Thank you for your time and consideration in this matter.

Respectfully submitted,
/s/
Linda Fang
Special Litigation Counsel