STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 2, 2023

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Sisters of Life v. McDonald*, No. 22-cv-7529 (JHR)

Your Honor,

I am counsel for defendant James V. McDonald, Commissioner of the New York State Department of Health ("DOH") in the above-referenced action. On behalf of the parties, we respectfully request that the Court so-order the fully-executed stipulation and proposed order of settlement attached hereto as Exhibit A, which memorializes the terms of the parties' agreement to resolve this action without further litigation.

A Word copy of the stipulation and proposed order of settlement is being sent contemporaneously to ReardenNYSDChambers@nysd.uscourts.gov, consistent with Section 5(J) of the Court's Individual Rules and Practices in Civil Cases.

Thank you for your time and consideration in this matter.

Respectfully submitted,
/s/
Linda Fang
Special Litigation Counsel

Enclosures